■ THE PEOPLE OF THE STATE OF NEW YORK v. SIMON HARTZOG.— Motion for an order vacating the order of this court entered on November 20, 1962 (*ante*, p. 933) and for other relief granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.